IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE RINCON,

    Petitioner,                    No. CIV S-02-2647 FCD DAD P

    vs.

E. ROE, Warden,

    Respondent.               ORDER

_____/

    Petitioner has requested an extension of time to file his objections to the November 20, 2007 findings and recommendations.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 10, 2007 request for extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his objections to the November 20, 2007 findings and recommendations.

DATED: December 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/bb
rinc2647.111obj