1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GUADALUPE RINCON,

11              Petitioner,                    No. CIV S-02-2647 RRB DAD P

12        vs.

13   E. ROE, Warden,

14              Respondent.            ORDER
                                  /

15   _____/

16          Petitioner is a state prisoner proceeding pro se with this application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On November 20, 2007, the undersigned issued

18   findings and recommendations which recommended that petitioner's application for a writ of

19   habeas corpus be denied.  On December 26, 2007, petitioner filed objections to those findings

20   and recommendations.  Final judgment in this case has not yet been entered.

21          On December 26, 2007, petitioner filed a notice of appeal.  On January 25, 2008,

22   petitioner filed a letter requesting information about the status of his appeal.  Petitioner is advised

23   that this case may not be properly appealed until a final judgment has been entered.  If and when

24   judgment is entered in this action, petitioner's appeal will be processed.

25   /////

26   /////

1

1        Good cause appearing, IT IS HEREBY ORDERED that petitioner's January 25,

2   2008 request for information about the status of his appeal is granted.

3   DATED: February 4, 2008.

4

5   _____

6   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

7   DAD:8:rincon2647.o

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26